UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SABA, et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>BMW OF NORTH AMERICA LLC,<br><br>            Defendant. | Case No. 23-cv-05133-JST   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY AND ORDER REGARDING DISCOVERY DISPUTE**<br><br>Re: Dkt. Nos. 25, 26 |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. The undersigned has reviewed Plaintiffs' unilateral discovery letter (Re: Dkt. No. 25). The letter indicates that the parties have not met and conferred. The parties are ordered to meet and confer via video conference or in person by May 17, 2024. If the parties cannot resolve their dispute(s), then they are permitted to file a joint discovery letter consistent with the requirements set forth in Section F.5 of the undersigned's Standing Order. A telephone conference, hearing, and/or further briefing will be ordered, if needed. If Defendant delays or refuses to participate meaningfully in the formal meet and confer or in the preparation of the joint letter, this conduct may be grounds for entry of an order adverse to Defendant. If such a delay or refusal to participate occurs, Plaintiffs shall file by May 24, 2024, a declaration that sets forth the facts regarding Defendant's noncooperation and attached copies of related communications.

For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.

Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov

with any questions.

**IT IS SO ORDERED.**

Dated: May 10, 2024

LISA J. CISNEROS
United States Magistrate Judge